UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Maria Magdalena Tacuri Yopangue

v. Case No. 26-cv-394-SE-AJ

Christopher Brackett, et al

JUDGMENT

In accordance with the Orders by Chief Judge Samantha D. Elliott dated June 4, 2026, and July 1, 2026, judgment is hereby entered.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: July 2, 2026